**Order entered January 18, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00974-CR**
**No. 05-21-00975-CR**
**No. 05-21-00976-CR**

**DERICK TOBAR-GONZALEZ, Appellant**
**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 219-80103-2020, 219-80104-2020, 219-80105-2020**

**ORDER**

We **ORDER** Tonya Lebo, Official Court Reporter in and for the 219th District Court of Collin County, to file, by **JANUARY 27, 2023,** a supplemental record of the pre-trial hearing and any other proceedings that took place in these cases on October 11, 2021. The Clerk of the Court is **DIRECTED** to send a copy of this order to counsel for all parties.

/s/ ROBBIE PARTIDA-KIPNESS
PRESIDING JUSTICE